UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-09031 JAK (SKx) | Date | July 31, 2020 |
|---|---|---|---|
| Title | Wenbin Wei v. Stockbridge Capital Group, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING ACTION**

**JS-6: CASE TERMINATED**

The May 13, 2020 Order (Dkt. 61), stated that unless an amended complaint was filed by counsel admitted to practice in this District on or before June 12, 2020, this action would be dismissed. Dkt. 61 at 6. No amended complaint has been filed, and no such counsel has entered an appearance on behalf of the Plaintiff.

Therefore, this action is **DISMISSED WITHOUT PREJUDICE**. ADF's motion for an order to show cause and to stay discovery (Dkt. 27; Dkt. 28 (duplicate)), is **MOOT**.

**IT IS SO ORDERED.**

:

Initials of Preparer   cw